UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13 - 00206 PSG (Ex) | Date | May 13, 2013 |
|---|---|---|---|
| Title | *Robert P. Mosier v. Steven C. Canup* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| | Wendy Hernandez | Not Reported |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | Not Present | Not Present |

**Proceedings:** (In Chambers): **Order to Show Cause for Lack of Prosecution**

    On April 23, 2013, the Court issued an Order to Show Cause ("OSC") why the above-captioned action should not be dismissed for lack of prosecution. *See* Dkt. # 10. Plaintiff was ordered to respond in writing by filing a Motion for Entry of Default Judgment or a Request to Clerk for Entry of Default Judgment no later than May 1, 2013. On April 25, 2013, Plaintiff filed a Motion for Default Judgment, but the document was stricken for failure to comply with the Court's Local Rules. *See* Dkts. # 11, 13-14. Because Plaintiff attempted to timely respond to the Court's OSC, the Court grants Plaintiff an additional thirty days to respond. Accordingly, the Court will consider the filing of a Motion for Entry of Default Judgment or a Request to Clerk for Entry of Default Judgment by **June 12, 2013** as an appropriate response to the OSC. Failure to respond in writing may result in dismissal of the action.

**IT IS SO ORDERED.**